United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles C. Redden, Jr.  
    Debtor

Case No. 18-12523-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Oct 04, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db        +Charles C. Redden, Jr.,   2033 W. Spencer Street,   Philadelphia, PA 19138-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
        BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,  kmecf1429@gmail.com  
        MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,  tami@javardianlaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                    TOTAL: 4

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Charles C. Redden, Jr.<br>Debtor(s) | Chapter 13 Proceeding<br><br>18-12523 MDC |

### STIPULATION BY AND BETWEEN CHARLES C. REDDEN, JR. AND CITIZENS BANK OF PENNSYLVANIA

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank of Pennsylvania ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 2033 West Spencer Street, Philadelphia, PA 19138.

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, Citizens Bank of Pennsylvania, agree to the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $364.66 per month. The monthly payment is

{00537522}   1

subject to change in accordance with the terms of the Note and Mortgage.

(b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 5/19/2018 payment | $364.66 |
| 6/19/2018 payment | $414.59 |
| 7/19/2018 payment | $401.64 |
| 8/19/2018 payment | $362.77 |
| 9/19/2018 Payment | $440.14 |
| Motion for Relief Attorney Fees and Costs | $606.00 |
| TOTAL | $2,589.80 |

(c) Commencing with the October 19, 2018 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

(d) Debtor has submitted to Counsel for Movant a money order in the amount of $365.00. This payment shall reduce the post-petition arrears shown in paragraph 2(b) above to $2,224.80.

(e) Within fifteen (15) days of the Court's approval of this Stipulation, Debtor(s) shall amend the Plan to provide for the payment of the post-petition arrears of $2,224.80 to Movant through the Plan.

(f) Within fifteen (15) days of the Court's approval of this Stipulation Movant shall amend its Proof of Claim to add the $2,224.80 in post-petition arrears to its arrears claim.

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this

{00537522}                                2

Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

(i) Should Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law." Debtor(s) have the right to object to any certificate of default filed by Movant.

{00537522}    3

(j) The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____   Date: 9/26/2018
Brandon J. Perloff, Esquire
Attorney for Debtor, Charles C. Redden, Jr.

_____   Date: 9/26/2018
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

10/2/18  Jacqueline M Charles Jr.   Date: *without prejudice to any
William C. Miller, Esquire   NO POSITION   trustee rights or remedies
Trustee

On this 4th day of _____October_____, 2018, approved by the Court.

_____
United States Bankruptcy Judge
Magdeline D. Coleman

cc:   Mary F. Kennedy, Esquire
      1310 Industrial Blvd.
      1st Floor, Suite 101
      Southampton, PA 18966

      Brandon J. Perloff, Esquire
      Kwartler Manus, LLC
      1429 Walnut Street, Suite 701
      Philadelphia, PA 19102

      William C. Miller, Esquire
      Chapter 13 Trustee
      PO Box 1229
      Philadelphia, PA 19105

{00537522}                              4