## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles C. Redden, Jr.<br>　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-12523 MDC |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of XChange Leasing and index same on the master mailing list.

                  Respectfully submitted,

                  **/s/ Rebecca A. Solarz, Esq**
                  Rebecca A Solarz, Esquire
                  KML Law Group, P.C.
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106-1532
                  (215) 627-1322