United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-12523-mdc
Charles C. Redden, Jr.                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 2    Date Rcvd: Oct 19, 2018
                    Form ID: pdf900    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2018.
```
db             +Charles C. Redden, Jr.,    2033 W. Spencer Street,    Philadelphia, PA 19138-2443
14091909       +AR Resources, Inc.,    ATTN: Bankruptcy,    PO Box 1056,    Blue Bell, PA 19422-0287
14105955        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14091908       +Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
14091910       +Board of View,    601 WALNUT ST, SUITE 325 EAST,    PHILADELPHIA PA 19106-3314
14119337       +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14091915       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14091918        Pennsylvania Dept. of Revenue,    PO BOX 280948,    HARRISBURG PA 17128-0948
14091919       +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14091920       +Philadelphia Redevelopment Authority,    1234 MARKET STREET,    16TH FLOOR,
                 Philadelphia, PA 19107-3706
14091922       +Ryan Harmon, Esq.,    1234 Market Street, 16th Floor,    Philadelphia, PA 19107-3706
14211291       +XChange Leasing,    c/o Rebecca A Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14091923       +Xchange Leasing,    PO Box 20140,    Phoenix, AZ 85036-0140
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:08    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2018 02:21:41    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14091911        Fax: 888-777-2057 Oct 20 2018 02:33:41    Cco Mortgage Corp.,    10561 Telegraph Rd,
                 Glen Allen, VA 23059
14091912        E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:08    City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
14208643        E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:08    City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14092883       +E-mail/Text: bankruptcy@cavps.com Oct 20 2018 02:21:37    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14091913       +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 20 2018 02:22:27
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14097794        E-mail/Text: mrdiscen@discover.com Oct 20 2018 02:20:51    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14091914       +E-mail/Text: mrdiscen@discover.com Oct 20 2018 02:20:51    Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
14091916       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 02:21:25    Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14109721       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2018 02:21:25    Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14091917       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 20 2018 02:20:56    PECO,    2301 Market St,
                 Philadelphia, PA 19103-1380
14112892       +E-mail/Text: bankruptcygroup@peco-energy.com Oct 20 2018 02:20:56    PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14091921        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 02:24:52
                 Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
14113445        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2018 02:25:16
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14096373        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 16
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Oct 19, 2018
                              Form ID: pdf900          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :       Chapter 13
Charles C. Redden, Jr.                          :
      Debtor                            :       Bankruptcy No. 18-12523-mdc

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

      AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.      This chapter 13 bankruptcy case is **DISMISSED**.

2.      Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.      Any wage orders previously entered are **VACATED**.

4.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.      All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.      Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, or electronic mail on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.      If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 10/18/2018

                                                      MAGDELINE D. COLEMAN
                                                      UNITED STATES BANKRUPTCY JUDGE