# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Charles C. Redden, Jr. : | Chapter 13 |
| : | |
|    Debtor : | |
| : | Case No.: 18-12523-MDC |

## CERTIFICATION OF NO RESPONSE TO MOTION TO RECONSIDER DISMISSAL AND REINSTATE BANKRUPTCY CASE

     I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that I have received no responses (formal or informal) to the debtor's MOTION TO RECONSIDER DISMISSAL AND REINSTATE BANKRUPTCY CASE

     WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

                                                       Respectfully submitted,

DATE: 11/27/2018                                  /s/ Brandon Perloff, Esq
                                                          Brandon Perloff, Esquire
                                                          Attorney for the Debtor
                                                          1429 Walnut Street, Suite 701
                                                          Philadelphia, PA 19102
                                                          267-457-5570