```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 18-12523-mdc
Charles C. Redden, Jr.                                        Chapter 13
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP              Page 1 of 1          Date Rcvd: Dec 04, 2018
                              Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2018.
db             +Charles C. Redden, Jr.,    2033 W. Spencer Street,    Philadelphia, PA 19138-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Charles C. Redden, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Case No.: 18-12523-MDC |

## ORDER GRANTING DEBTOR'S MOTION TO RECONSIDER DISMISSAL ORDER AND REINSTATE BANKRUPTCY

AND NOW, this 3rd day of December, 2018, upon consideration of the Motion of Charles C. Redden, Jr. to Reconsider Dismissal Order and Reinstate Bankruptcy, it is hereby:

ORDERED and DECREED that the Order dismissing Debtor's Chapter 13 Bankruptcy case is VACATED, and said case is forthwith reinstated;

FURTHER ORDERED:

Date:

_____
Hon. Magdeline D. Coleman
U.S. Bankruptcy Judge