United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12523-mdc
Charles C. Redden, Jr.                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: 160             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
```
db          +Charles C. Redden, Jr.,    2033 W. Spencer Street,    Philadelphia, PA 19138-2443
14091909    +AR Resources, Inc.,    ATTN: Bankruptcy,    PO Box 1056,    Blue Bell, PA 19422-0287
14105955     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
14091908    +Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
14091910    +Board of View,    601 WALNUT ST, SUITE 325 EAST,    PHILADELPHIA PA 19106-3314
14119337    +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
14091915    +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14091918     Pennsylvania Dept. of Revenue,    PO BOX 280948,    HARRISBURG PA 17128-0948
14091919    +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14091920    +Philadelphia Redevelopment Authority,     1234 MARKET STREET,    16TH FLOOR,
              Philadelphia, PA 19107-3706
14091922    +Ryan Harmon, Esq.,    1234 Market Street, 16th Floor,    Philadelphia, PA 19107-3706
14211291    +XChange Leasing,    c/o Rebecca A Solarz, Esq.,    KML Law Group, PC,
              701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14091923    +Xchange Leasing,    PO Box 20140,    Phoenix, AZ 85036-0140
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14091911     Fax: 888-777-2057 Dec 07 2018 04:36:02     Cco Mortgage Corp.,    10561 Telegraph Rd,
              Glen Allen, VA 23059
14208643     E-mail/Text: megan.harper@phila.gov Dec 07 2018 03:54:08     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14091912     E-mail/Text: megan.harper@phila.gov Dec 07 2018 03:54:08     City of Philadelphia,
              Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
              Philadelphia, PA 19102-1595
14092883    +E-mail/Text: bankruptcy@cavps.com Dec 07 2018 03:53:57     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14091913    +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 07 2018 03:54:30
              Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
              Norwood, MA 02062-2679
14097794     E-mail/Text: mrdiscen@discover.com Dec 07 2018 03:53:18     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14091914    +E-mail/Text: mrdiscen@discover.com Dec 07 2018 03:53:18     Discover Financial,    PO Box 3025,
              New Albany, OH 43054-3025
14091916    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 03:53:49     Midland Funding,
              2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14109721    +E-mail/Text: bankruptcydpt@mcmcg.com Dec 07 2018 03:53:49     Midland Funding LLC,
              PO Box 2011,    Warren, MI 48090-2011
14091917    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2018 03:53:24     PECO,   2301 Market St,
              Philadelphia, PA 19103-1380
14112892    +E-mail/Text: bankruptcygroup@peco-energy.com Dec 07 2018 03:53:24     PECO Energy Company,
              2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14091921     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 04:15:45
              Portfolio Recovery,    PO Box 41067,    Norfolk, VA 23541
14113445     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 03:51:06
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14096373     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 03:53:33
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
                                                                                              TOTAL: 14
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Dec 06, 2018
                              Form ID: 160             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Charles C. Redden, Jr.
    Debtor(s)

Case No: 18–12523–mdc

Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Court,

    on: 1/17/19

    at: 09:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 12/6/18
                                                     For The Court

                                                     Timothy B. McGrath
                                                     Clerk of Court

60 – 50
Form 160