IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Charles C. Redden, Jr.<br><br>    Debtor(s) | Chapter 13 Proceeding<br><br>18-12523 MDC |

## ORDER

AND NOW, this 19th day of March, 2019, upon consideration of Citizens Bank of Pennsylvania's Certification of Default, it is hereby ORDERED that the Automatic Stay be modified to permit, Citizens Bank of Pennsylvania and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 2033 West Spencer Street, Philadelphia, PA 19138.

Upon the order being granted and entered, Citizens Bank of Pennsylvania shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

Brandon J. Perloff, Esquire
Attorneys for Debtor(s)

William C. Miller, Esquire
Trustee