THE LAW OFFICE OF GREGORY JAVARDIAN, LLC
By: Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Charles C. Redden, Jr.<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>18-12523 MDC |

**STIPULATION BY AND BETWEEN CHARLES C. REDDEN, JR. AND CITIZENS BANK OF PENNSYLVANIA**

WHEREAS, on August 10, 2018 Citizens Bank of Pennsylvania's (hereinafter "Citizens Bank") filed a Motion for Relief from Stay;

WHEREAS, the parties resolved the Motion for Relief from Stay and a Stipulation was approved by the Court on October 4, 2018;

WHEREAS, the Stipulation required the Debtor(s) to remain current on the post-petition mortgage payments;

WHEREAS, the Stipulation allowed Citizens Bank to send a Notice of Default if any payments were missed and provided for the filing of a Certificate of Default if a default was not cured;

WHEREAS, on February 19, 2019 Citizens Bank mailed Debtor(s) and Debtor(s)' Attorney a Notice of Default;

WHEREAS, on March 11, 2019 Citizens Bank filed a Certificate of Default;

{00580335}   1

WHEREAS, an Order was entered on March 19, 2019 granting Citizens Bank relief from the stay;

WHEREAS, Debtor has provided Counsel for Movant funds sufficient to cure the default shown in the Certicate of Default; and

WHEREAS, the parties hereto, and their respective counsel, wish to vacate the relief order.

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The March 19, 2019, Order granting Citizens Bank of Pennsylvania relief from the stay is vacated.

2. Counsel for Citizens Bank has received two (2) money orders totaling $635.73. This payment shall cure the arrears including the $200.00 in attorney fees shown in the Certificate of Default filed on March 11, 2019.

3. The parties agree that the Stipulation resolving Citizens Bank's Motion for Relief from Stay that was approved by the Court on October 4, 2018 is again in in full force and effect.

{00580335}                          2

4. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____    Date: _____
Brandon J. Perloff, Esquire
Attorney for Debtor, Charles C. Redden, Jr.

_____    Date: 3/25/2019
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____    Date: 4/5/19
William C. Miller, Esquire  NO POSITION
Trustee
*without prejudice to any
trustee rights or remedies

On this ___ day of _____, 2019, approved by the Court.

_____
United States Bankruptcy Judge
Magdeline D. Coleman

cc:    Mary F. Kennedy, Esquire
       1310 Industrial Blvd.
       1st Floor, Suite 101
       Southampton, PA 18966

       Brandon J. Perloff, Esquire
       Kwartler Manus, LLC
       1429 Walnut Street, Suite 701
       Philadelphia, PA 19102

       William C. Miller, Esquire
       PO Box 1229
       Philadelphia, PA 19105

{00580335}    3