United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles C. Redden, Jr.  
      Debtor

Case No. 18-12523-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: John     Page 1 of 1     Date Rcvd: Apr 08, 2019  
                          Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db           +Charles C. Redden, Jr.,    2033 W. Spencer Street,    Philadelphia, PA 19138-2443
cr           +XChange Leasing,    6400 Main Street,    Amherst, NY 14221-5858
14119337     +Citizens Bank of Pennsylvania,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 09 2019 02:50:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 09 2019 02:50:22
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 09 2019 02:50:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
```
          BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com,mhazlett@kminjurylawyers.com
          MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
           tami@javardianlaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

THE LAW OFFICE OF GREGORY JAVARDIAN, LLC
By: Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Charles C. Redden, Jr.<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>18-12523 MDC |

### STIPULATION BY AND BETWEEN CHARLES C. REDDEN, JR. AND CITIZENS BANK OF PENNSYLVANIA

WHEREAS, on August 10, 2018 Citizens Bank of Pennsylvania's (hereinafter "Citizens Bank") filed a Motion for Relief from Stay;

WHEREAS, the parties resolved the Motion for Relief from Stay and a Stipulation was approved by the Court on October 4, 2018;

WHEREAS, the Stipulation required the Debtor(s) to remain current on the post-petition mortgage payments;

WHEREAS, the Stipulation allowed Citizens Bank to send a Notice of Default if any payments were missed and provided for the filing of a Certificate of Default if a default was not cured;

WHEREAS, on February 19, 2019 Citizens Bank mailed Debtor(s) and Debtor(s)' Attorney a Notice of Default;

WHEREAS, on March 11, 2019 Citizens Bank filed a Certificate of Default;

{00580335}   1

WHEREAS, an Order was entered on March 19, 2019 granting Citizens Bank relief from the stay;

WHEREAS, Debtor has provided Counsel for Movant funds sufficient to cure the default shown in the Certicate of Default; and

WHEREAS, the parties hereto, and their respective counsel, wish to vacate the relief order.

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. The March 19, 2019, Order granting Citizens Bank of Pennsylvania relief from the stay is vacated.

2. Counsel for Citizens Bank has received two (2) money orders totaling $635.73. This payment shall cure the arrears including the $200.00 in attorney fees shown in the Certificate of Default filed on March 11, 2019.

3. The parties agree that the Stipulation resolving Citizens Bank's Motion for Relief from Stay that was approved by the Court on October 4, 2018 is again in in full force and effect.

{00580335}                                    2

4. The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

_____  Date: _____
Brandon J. Perloff, Esquire
Attorney for Debtor, Charles C. Redden, Jr.

_____  Date: 3/25/2019
Mary F. Kennedy, Esquire
Attorney for Citizens Bank of Pennsylvania

_____  Date: 4/5/19
William C. Miller, Esquire  *no position*
Trustee

*without prejudice to any trustee rights or remedies

On this 8th day of _____April_____, 2019, approved by the Court.

_____
United States Bankruptcy Judge
Magdeline D. Coleman

cc:    Mary F. Kennedy, Esquire
       1310 Industrial Blvd.
       1st Floor, Suite 101
       Southampton, PA 18966

       Brandon J. Perloff, Esquire
       Kwartler Manus, LLC
       1429 Walnut Street, Suite 701
       Philadelphia, PA 19102

       William C. Miller, Esquire
       PO Box 1229
       Philadelphia, PA 19105

{00580335}                                3