United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12523-mdc
Charles C. Redden, Jr.                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP            Page 1 of 1            Date Rcvd: Apr 16, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2019.
db            +Charles C. Redden, Jr.,    2033 W. Spencer Street,    Philadelphia, PA 19138-2443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Charles C. Redden, Jr. bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com
              MARY F. KENNEDY    on behalf of Creditor    Citizens Bank of Pennsylvania mary@javardianlaw.com,
               tami@javardianlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

    Charles C. Redden, Jr.

          Debtor(s).

13

Bky No. 18-12523-mdc

**ORDER**

    **AND NOW,** this 16th day of April 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $5,000.00 less $717.00 already paid with a remaining balance of **$4,283.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

**BY THE COURT:**

_Magdeline D. Coleman_
_____
Hon. Magdeline D. Coleman
**U.S. BANKRUPTCY JUDGE**

**CC:**    **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA  19102

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

Charles C. Redden, Jr.
2033 W. Spencer Street
Philadelphia, PA 19138