# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12523-MDC

CHARLES C REDDEN, JR.

2033 W. SPENCER STREET

PHILADELPHIA, PA 19138

     Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

CHARLES C REDDEN, JR.

2033 W. SPENCER STREET

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    415 S. BROAD ST., UNIT 2R

    PHILADELPHIA, PA 19147-

                       /S/ William C. Miller

Date: 9/29/2020               _____

                       William C. Miller, Esquire
                       Chapter 13 Standing Trustee