**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 18-12523-MDC

CHARLES C REDDEN, JR.

2033 W. SPENCER STREET

PHILADELPHIA, PA 19138

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHARLES C REDDEN, JR.

2033 W. SPENCER STREET

PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

BRANDON J. PERLOFF, ESQ.
315 NORTH 12TH STREET
STE #204
PHILADELPHIA, PA 19107-

Date: 10/12/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee