Certificate Number: 12433-PAE-DE-037447589

Bankruptcy Case Number: 18-12523



12433-PAE-DE-037447589

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2023, at 3:11 o'clock PM EDT, Charles C. Redden, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    May 22, 2023                           By:    /s/Lisa Susoev

                                                Name:  Lisa Susoev

                                                Title: Teacher