United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles C. Redden, Jr.  
    Debtor

Case No. 18-12523-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 26, 2023      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles C. Redden, Jr., 2033 W. Spencer Street, Philadelphia, PA 19138-2443 |
| 14091910 | + | Board of View, 601 WALNUT ST, SUITE 325 EAST, PHILADELPHIA PA 19106-3314 |
| 14091911 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14119337 | + | Citizens Bank of Pennsylvania, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14091915 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14091918 | | Pennsylvania Dept. of Revenue, PO BOX 280948, HARRISBURG PA 17128-0948 |
| 14091919 | + | Philadelphia Gas Works, 1137 Chestnut St., Philadlephia, PA 19107-3619 |
| 14091920 | + | Philadelphia Redevelopment Authority, 1234 MARKET STREET, 16TH FLOOR, Philadelphia, PA 19107-3706 |
| 14091922 | + | Ryan Harmon, Esq., 1234 Market Street, 16th Floor, Philadelphia, PA 19107-3706 |
| 14211291 | + | XChange Leasing, c/o Rebecca A Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14091923 | + | Xchange Leasing, PO Box 20140, Phoenix, AZ 85036-0140 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14091909 | | Email/Text: collectors@arresourcesinc.com | May 27 2023 00:56:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422 |
| 14105955 | | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:11:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14091908 | + | Email/PDF: bncnotices@becket-lee.com | May 27 2023 01:13:16 | Amex, Correspondence, PO Box 981540, El Paso, TX 79998-1540 |
| 14208643 | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14091912 | | Email/Text: megan.harper@phila.gov | May 27 2023 00:56:00 | City of Philadelphia, Municipal Services Building, 1401 John F. Kennedy Blvd, 5th Floor, Philadelphia, PA 19102-1595 |
| 14092883 | + | Email/Text: bankruptcy@cavps.com | May 27 2023 00:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14091913 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 27 2023 00:56:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14097794 | | Email/Text: mrdiscen@discover.com | May 27 2023 00:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14091914 | + | Email/Text: mrdiscen@discover.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 27 2023 00:55:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14091916 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:56:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14109721 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14091917 | + | Email/Text: bankruptcygroup@peco-energy.com | May 27 2023 00:56:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14112892 | + | Email/Text: bankruptcygroup@peco-energy.com | May 27 2023 00:56:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14091921 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:59:54 | Portfolio Recovery, PO Box 41067, Norfolk, VA 23541 |
| 14113445 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2023 00:58:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14096373 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Charles C. Redden Jr. bperloff@perlofflaw.com, kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor XChange Leasing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 138OBJ | Total Noticed: 28 |

MARY F. KENNEDY
    on behalf of Creditor Citizens Bank of Pennsylvania mary@javardianlaw.com chris.cummins@javardianlaw.com;angie.harrigan@javardianlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles C. Redden, Jr.

        Debtor(s)

Case No: 18−12523−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/26/23

132 − 126
Form 138OBJ